COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
| --- | --- | --- |
| IN THE | | No. 08-17-00188-CV |
| | § | |
| INTEREST OF | | Appeal from the |
| | § | |
| B.S.R., A CHILD. | | 383rd District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 2011DCM10219) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF NOVEMBER, 2017.


GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.